
604612

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK | INDEX NO: 02775/08<br>FILE DATE:<br>ATTY: MICHAEL SAMUEL, ESQ.<br>38 WEST 32ND STREET<br>SUITE 1210<br>NEW YORK, NY 10001 |

STATE OF NEW YORK: COUNTY OF NEW YORK

EPS No: 581999
Attorney File No:
Batch No: 0

**EDWIN PEREZ & JAVIER YANGUA, ET AL**  Plaintiff(s)

**- against -**

**TIME MOVING & STORAGE INC., ET AL**  Defendant(s)

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:

ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/1/2008 at 12:39PM at 628 WEST 45TH STREET, NEW YORK, NY 10036, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on TIME MOVING & STORAGE, INC.. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION
By delivering to and leaving with TIME MOVING & STORAGE, INC. and that the deponent knew the person so served to be the GENERAL AGENT, ALEX "DOE", AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: **40** | Approximate weight: **155** | Approximate height: **5'10"** |
|---|---|---|
| Color of skin: **BROWN** | Color of hair: **BLACK** | Sex: **M** |

0965171

Sworn to before me on  4/2/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**


604615

| | |
|---|---|
| **U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK** | INDEX NO: 02775/08<br>FILE DATE:<br>ATTY: MICHAEL SAMUEL, ESQ.<br>38 WEST 32ND STREET<br>SUITE 1210<br>NEW YORK, NY 10001 |

EPS No: 581999
Attorney File No:
Batch No: 0

**STATE OF NEW YORK: COUNTY OF NEW YORK**

**EDWIN PEREZ & JAVIER YANGUA, ET AL**                                          **Plaintiff(s)**

**- against -**

**TIME MOVING & STORAGE INC., ET AL**                                          **Defendant(s)**

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:
ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/1/2008 at 12:39PM at 628 WEST 45TH STREET, NEW YORK, NY 10036, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MR. JOHN KEVIN GILGAN. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### SUITABLE AGE PERSON
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with ALEX "DOE", WHO REFUSED TO GIVE LAST NAME,CO-WORKER a person of suitable age and discretion at 628 WEST 45TH STREET, NEW YORK, NY 10036, the said premises being the defendants Place of Business within the State of New York.

### MAILING  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to MR. JOHN KEVIN GILGAN at 628 WEST 45TH STREET, NEW YORK, NY 10036 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 4/2/2008 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.   NP

### A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:
Approximate age: **40**        Approximate weight: **155**        Approximate height: **5'10"**
Color of skin: **BROWN**        Color of hair: **BLACK**        Sex: **M**

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on APR 0 9 2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**


604616

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK | INDEX NO: 02775/08<br>FILE DATE:<br>ATTY: MICHAEL SAMUEL, ESQ.<br>38 WEST 32ND STREET<br>SUITE 1210<br>NEW YORK, NY 10001 |

STATE OF NEW YORK: COUNTY OF NEW YORK

EPS No: 581999
Attorney File No:
Batch No: 0

**EDWIN PEREZ & JAVIER YANGUA, ET AL**                                                                                        **Plaintiff(s)**

- against -

**TIME MOVING & STORAGE INC., ET AL**                                                                                                **Defendant(s)**

## STATE OF NEW YORK, COUNTY OF QUEENS: SS:

ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/1/2008 at 12:39PM at 628 WEST 45TH STREET, NEW YORK, NY 10036, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MR. JOSEPH P. CANDELLA. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

## SUITABLE AGE PERSON

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with ALEX "DOE", WHO REFUSED TO GIVE LAST NAME,CO-WORKER a person of suitable age and discretion at 628 WEST 45TH STREET, NEW YORK, NY 10036, the said premises being the defendants Place of Business within the State of New York.

## MAILING  First Class Mail

Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to MR. JOSEPH P. CANDELLA at 628 WEST 45TH STREET, NEW YORK, NY 10036 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 4/2/2008 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| Approximate age: **40** | Approximate weight: **155** | Approximate height: **5'10"** |
|---|---|---|
| Color of skin: **BROWN** | Color of hair: **BLACK** | Sex: **M** |

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on ___APR 0 9 2008___

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No 4-4920 | No. 01MA6108632 | No 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

Case 1:08-cv-02775-CM   Document 3   Filed 04/11/2008   Page 4 of 5


604613

| INDEX NO: 02775/08 |
| FILE DATE: |
| ATTY: MICHAEL SAMUEL, ESQ. |
| 38 WEST 32ND STREET |
| SUITE 1210 |
| NEW YORK, NY 10001 |

**U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK**

EPS No: 581999
Attorney File No:
Batch No: 0

**STATE OF NEW YORK: COUNTY OF NEW YORK**

**EDWIN PEREZ & JAVIER YANGUA, ET AL**   Plaintiff(s)

- against -

**TIME MOVING & STORAGE INC., ET AL**   Defendant(s)

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:
ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/1/2008 at 12:39PM at 628 WEST 45TH STREET, NEW YORK, NY 10036, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on THE TIME RECORD STORAGE COMPANY, LLC. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION
By delivering to and leaving with THE TIME RECORD STORAGE COMPANY, LLC and that the deponent knew the person so served to be the GENERAL AGENT, ALEX "DOE", AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: **40**   Approximate weight: **155**   Approximate height: **5'10"**
Color of skin: **BROWN**   Color of hair: **BLACK**   Sex: **M**

0955171

Sworn to before me on 4/2/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**


604617

| | |
|---|---|
| **U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK** | **INDEX NO:** 02775/08<br>**FILE DATE:**<br>**ATTY:** MICHAEL SAMUEL, ESQ.<br>38 WEST 32ND STREET<br>SUITE 1210<br>NEW YORK, NY 10001 |

**STATE OF NEW YORK: COUNTY OF NEW YORK**

EPS No: 581999
Attorney File No:
Batch No: 0

**EDWIN PEREZ & JAVIER YANGUA, ET AL**                                      **Plaintiff(s)**

- against -

**TIME MOVING & STORAGE INC., ET AL**                                      **Defendant(s)**

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:
ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/1/2008 at 12:39PM at 628 WEST 45TH STREET, NEW YORK, NY 10036, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MR. JAMES DOWSE. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### SUITABLE AGE PERSON
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with ALEX "DOE", WHO REFUSED TO GIVE LAST NAME,CO-WORKER a person of suitable age and discretion at 628 WEST 45TH STREET, NEW YORK, NY 10036, the said premises being the defendants Place of Business within the State of New York.

### MAILING  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to MR. JAMES DOWSE at 628 WEST 45TH STREET, NEW YORK, NY 10036 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 4/2/2008 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

### A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| Approximate age: **40** | Approximate weight: **155** | Approximate height: **5'10"** |
|---|---|---|
| Color of skin: **BROWN** | Color of hair: **BLACK** | Sex: **M** |

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

0955171

Sworn to before me on  APR 0 9 2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**