# CLIFTON BUDD & DeMARIA, LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410    fax 212.687.3285    www.cbdm.com

111 Washington Avenue
Suite 600
Albany, NY 12210
tel 518.452.0500
fax 518.689.4854

300 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1039
fax 973.893.0499

# MEMO ENDORSED

April 21, 2008

VIA FACSIMILE: 212-805-6326

Hon. Colleen McMahon
U.S. District Court, SDNY
500 Pearl St., Room 640
New York, NY 10007

Re:    Perez, et al. v. Time Moving and Storage, et al., 08-cv-2775 (CM)

Dear Judge McMahon:

This law firm represents the defendants in this case. I write to request a brief extension of defendants' time to respond to the complaint, extending defendants' response time to May 8, 2008. This extension would not affect any other dates in the case. I have not yet obtained plaintiffs' consent—I attempted today to reach plaintiffs' counsel by telephone and e-mail. This is defendants' first such request.

If service was good, defendants' response time would be today. I write on short notice because I only learned today that plaintiffs purportedly served the Summons and Complaint. My initial inquiry suggests that defendants may not have been served in the manner claimed, and that even if properly served, defendants did not *actually* receive the Summons and Complaint until after a letter from plaintiffs' counsel prompted further inquiry.

Very truly yours,

CLIFTON BUDD & DeMARIA LLP

By: _____
Arthur J. Robb

cc: David Stern, Esq. (via fax: 212-563-9870)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08