UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edwin Perez and Javier Yangua, Individually and on Behalf of All Other Persons Similarly Situated<br><br>　　　　　Plaintiffs,<br><br>- vs. -<br><br>Time Moving & Storage Inc., The Time Record Storage Company, LLC, Hyperion Associates, LLC, John Kevin Gilgan, Joseph P. Candella, and James Dowse,<br><br>　　　　　Defendants. | CASE NO. 08-CV-2775<br><br>COMPLAINT<br><br>**CONSENT TO SUE** |

　　　I hereby consent to be a plaintiff in the lawsuit named <u>Edwin Perez and Javier Yanqua, et al. v. Time Moving & Storage Inc., *et al*</u>. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act and New York Labor Law for, *inter alia*, unpaid overtime, minimum wages, liquidated damages, attorneys' fees, costs, and other relief against defendants.

　　　I authorize the law firm of Samuel & Stein, its successors and assigns, to represent me in this case.

　　　By signing this Consent to Sue, I understand that I will be represented by the law firm of Samuel & Stein without prepayment of attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that the law firm of Samuel & Stein may petition the Court for an award of fees and costs to be paid by defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from defendants or one-third of my total settlement or judgment amount (including fees), whichever is greater.

Dated: April 28, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Eric Rodriguez