UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ --x
EDWIN PEREZ and JAVIER YANGUA,
individually and on behalf of all other persons
similarly situated,

                      Plaintiffs,

                                                              08-cv-2775 (CM)(KNF)

      -against-

TIME MOVING & STORAGE INC., THE TIME
RECORD STORAGE COMPANY, LLC,
HYPERION ASSOCIATES, LLC, JOHN KEVIN
GILGAN, JOSEPH P. CANDELLA, and, JAMES
DOWSE,

                      Defendants.
------------------------------------------------------------ --x

**DEFENDANTS' RULE 7.1 DISCLOSURE**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendants certify that there are no corporate parents, subsidiaries or affiliates of defendants that are publicly held.

Dated: New York, New York
       May 8, 2008

                                          CLIFTON BUDD & DeMARIA, LLP

                                          By:__s/_____
                                               Arthur J. Robb (AR 9446)
                                               *Attorneys for Defendants*
                                               420 Lexington Avenue
                                               New York, NY 10170
                                               (212) 687-7410