USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

# SAMUEL & STEIN

ATTORNEYS AT LAW

38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563–9884 • Fax (212) 563–9870
attorneys@stein-firm.com

**MEMO ENDORSED**

The Empire Corporate Center
25 Philips Parkway
Montvale, New Jersey 07645
(201) 391–0770
Fax (201) 391–7776

Michael S. Samuel
David Stein*
Ari Jacobson
David M. Nieporent

*Admitted in New York*
*Admitted in New York, New Jersey, Pennsylvania, Illinois and District of Columbia*
*Admitted in New York, New Jersey and Massachusetts*
*Admitted in New Jersey*
*LL.M. in Intellectual Property*

July 14, 2008

**Via Fax—(212) 805-6326**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*[Handwritten endorsement: 7/14/08 — I asked for a motion because it appeared that discovery might not be necessary, which I will determine on the motion. So fully submitted on]*

Re: **Edwin Perez and Javier Yangua, et al. v. Time Moving & Storage Inc., et al.**
    Case No. 08-CV-02775 (CM) (KNF)

Dear Judge McMahon:

We represent plaintiffs in the above-captioned matter and write for guidance as to the parties' discovery obligations at this time.

As Your Honor will recall, pursuant to the Court's March 20, 2008, Order Scheduling an Initial Pretrial Conference, the parties conferred and completed a proposed Civil Case Management Plan. On May 9, 2008, when the parties appeared before Your Honor for the conference, however, the Plan was not submitted to the Court for approval because Your Honor instead directed defendants, in light of their view of the case, to file a motion for judgment on the pleadings. (In fact, defendants have filed their motion, plaintiffs have filed their opposition papers, and defendants' reply, if any, is due to be filed this Friday, July 18, 2008.)

The question now is whether – given that no formal discovery scheduling order is in place – the parties should be engaging in an exchange of discovery requests, conducting depositions, and the like, or whether discovery is stayed until the Court decides defendants' motion. Obviously, plaintiffs are eager to press forward with their case and wish to ensure that they are in full compliance with discovery obligations and timetables, if any. As stated

Honorable Colleen McMahon, U.S.D.J.
July 14, 2008
Page 2 of 2

previously, a proposed management plan has been drafted and is available for the Court should the Court wish to review the same.

We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have additional questions.

Very truly yours,

David Stein

cc: Arthur J. Robb, Esquire (via fax)